Cite as 2025 Ark. App. 228

# ARKANSAS COURT OF APPEALS
DIVISION III
**No.** CV–23–770

| | | |
|---|---|---|
| LEE ANN HALL | | **Opinion Delivered** April 16, 2025 |
| | APPELLANT | |
| | | APPEAL FROM THE LAWRENCE COUNTY CIRCUIT COURT |
| V. | | [NO. 38DR–23–105] |
| MATHEW SIMS | | HONORABLE MICHELLE C. HUFF, |
| | APPELLEE | JUDGE |
| | | AFFIRMED |

## BRANDON J. HARRISON, Judge

Lee Ann Hall appeals from a final order of protection the Lawrence County Circuit Court entered 20 August 2023 preventing her from harassing, abusing, or initiating contact with her son Mathew Sims. The court granted Mathew's petition for an order of protection, filed 29 June 2023 at 11:00 a.m., after a hearing consolidated with his wife Scarlett's similar petition on behalf of herself and her four minor children. Apart from the order on appeal in this case (which does not include the written findings we quote), the arguments and material record facts are identical to those in Lee Ann's appeal of Scarlett's order of protection in the companion case, *Hall v. Sims*, 2025 Ark. App. 227, ___ S.W.3d ___, which we affirm today. We affirm Mathew's order for the same reasons.

Affirmed.

TUCKER and THYER, JJ., agree.

*R. Scott Trout*, for appellant.

*Legal Aid of Arkansas, Inc.*, by: *Lindsey Schmeidler*, for appellee.